## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| EDUARDO GALLEGOS, | ) | |
| | ) | |
| Plaintiff, | ) Civil No. 0:07-cv-01192 PAM/JSM | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| REYNOLDS FOOD PACKAGING LLC, | ) | **WITH  PREJUDICE** |
| an ALCOA BUSINESS | ) | |
| | ) | |
| Defendant. | | |

Based upon the Stipulation of Dismissal entered into between Plaintiff, Eduardo Gallegos, and Defendant, Reynolds Food Packaging LLC, an Alcoa Business:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint in the above-entitled action be and hereby is dismissed with prejudice against Reynolds Food Packaging LLC, without further cost, disbursements or attorneys' fees to any party.

Dated: September  17 , 2007.

BY THE COURT:


 s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Judge